[No. 4242–1. Division One. June 20, 1977.]

NORVAL A. SCOTT, ET AL, *Appellants,* v. THE DEPART-
MENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 755007, Solie M. Ringold, J., entered October

3, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Andersen, JJ.